IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 14-10918 |
| ) | ADV. PROC. NO. 14-01158-JPS |
| DAWN L. YAGER ) | |
| ) | JUDGE JESSICA E. PRICE SMITH |
|    Debtor ) | |
| ) | |
| RICHARD A. BAUMGART, TRUSTEE ) | |
| ) | |
| vs. ) | |
| ) | |
| DAWN L. YAGER, et al. ) | |
| ) | |

## ANSWER OF DEBTOR/DEFENDANT, DAWN L. YAGER

Now comes the Defendant/Debtor, Dawn L. Yager, and for her Answer to the Adversary Proceeding Complaint of Plaintiff, states:

1. Denies for want of knowledge the allegations contained in Paragraph 1.

2. Admits Paragraph 2.

3. Admits Paragraph 3.

4. Admits Paragraphs 4, 5 and 6.

5. Denies for want of knowledge the allegations contained in Paragraph 7, 8 and 9.

6. Admits Paragraph 10.

7. Denies for want of knowledge the allegations contained in Paragraph 11.

8. Admits Paragraph 13.

9. Denies for want of knowledge the allegations contained in Paragraph 14.

10. Admits that said Answering Defendant has an interest in the certain real property described in Paragraph 5 of the Complaint.

WHEREFORE, having fully answered, answering defendant demands that her interest in

the certain real property described in the Plaintiff's Complaint be set forth and set aside to the extent as permitted by law and for such other relief as the Court shall deem reasonable and proper.

/s/ David S. Riehl
DAVID S. RIEHL (0016694)
Attorney for Defendant/Debtor
3695 Center Road
Brunswick, OH 44212
(330) 273-3450
Fax: (330) 225-9770
Email: dsr@davidriehl.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Answer was emailed on August 12, 2014 to Patrick A. Hruby, Dettlebach, Sicherman & Baumgart, Attorneys for Plaintiff, (phruby@dsb-law.com), L. Ray Jones (attyrayjones@yahoo.com), Attorney for Kevin Yager, and Martha R. Spaner on behalf of Colonial Savings, F.A. (ohbk@rslegal.com) and by regular U.S. Mail to Kevin Yager, 5111 Columbia Road, Medina, Ohio 44256, John A. Burke, Medina County Treasurer, 144 N. Broadway Street, Medina, Ohio 44256.

/s/ David S. Riehl
DAVID S. RIEHL (0016694)
Attorney for Defendant/Debtor